No. 93–8341. IN RE BENITEZ. Petition for writ of mandamus and/or prohibition denied.

No. 93–1612. NATIONSBANK OF NORTH CAROLINA, N. A., ET AL. *v.* VARIABLE ANNUITY LIFE INSURANCE CO. ET AL.; and
No. 93–1613. LUDWIG, COMPTROLLER OF THE CURRENCY, ET AL. *v.* VARIABLE ANNUITY LIFE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 93–1121. PLAUT ET AL. *v.* SPENDTHRIFT FARM, INC., ET AL. C. A. 6th Cir. Certiorari granted limited to the following question: "Whether § 27A(b) of the Securities Exchange Act of 1934, 15 U. S. C. § 78aa–1, to the extent that it purports to require reinstatement of § 10(b) actions dismissed with prejudice pursuant to judgments that became final prior to the enactment of § 27A(b), contravenes the separation-of-powers doctrine or the Fifth Amendment Due Process Clause of the United States Constitution."

No. 92–1012. SIMPSON PAPER (VERMONT) CO. *v.* DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. Sup. Ct. Vt. Certiorari denied.

No. 93–1193. OWENS *v.* TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 93–1285. NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. *v.* NIAGARA MOHAWK POWER CORP. Ct. App. N. Y. Certiorari denied.

No. 93–1363. PROTECT KEY WEST, INC., DBA LAST STAND *v.* PERRY, SECRETARY OF DEFENSE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1397. TUCKER *v.* GEORGIA DEPARTMENT OF HUMAN RESOURCES EX REL. CASSEL. Super. Ct. Glynn County, Ga. Certiorari denied.

No. 93–1411. WHITE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 8th Cir. Certiorari denied.